# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0379. JONATHAN DAILY v. CARROLL MANAGEMENT GROUP LLC.**

In this dispossessory action, the Magistrate Court of Cobb County granted a writ of possession to Carroll Management Group LLC for premises leased to Jonathan Daily. Daily then filed this application seeking discretionary review of the magistrate court order. We, however, lack jurisdiction.

"[T]he only avenue of direct appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Thus, this Court has jurisdiction to address an order of the magistrate court only if that order has been reviewed by a state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). The Georgia Constitution, however, provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); accord Court of Appeals Rule 11 (b). Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Cobb County.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/19/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.